UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CAROLYN C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-00359-LEW |
| | ) | |
| MARIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On July 24, 2024, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on August 7, 2024, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 17) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's decision is VACATED and the matter is REMANDED for further proceedings.

**SO ORDERED.**

Dated this 9th day of August, 2024.

/s/ Lance E. Walker
CHIEF U.S. DISTRICT JUDGE